COPY

KARL J. KRAMER (CA SBN 136433)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
kkramer@mofo.com
knolanstevaux@mofo.com

ORIGINAL FILED
ADR  07 OCT 24 AM 9:17
RICHARD W. WIEKING
U.S. DISTRICT COURT

E-FILING

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY; STANFORD HOSPITAL AND
CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT
STANFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BIOLOGICAL LABORATORIES, S.A.,<br><br>Defendant. | STANFORD'S CERTIFICATE OF INTERESTED PARTIES<br><br>C07 05415 MEJ |

STANFORD'S CERTIFICATE OF INTERESTED PARTIES                                                              1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

The Board of Trustees of the Leland Stanford Junior University

Stanford University Hospital and Clinics

Lucile Packard Children's Hospital at Stanford

Dated: October 24, 2007

KARL J. KRAMER
KATHERINE NOLAN-STEVAUX
MORRISON & FOERSTER LLP

By: _____
Karl J. Kramer

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY, STANFORD
HOSPITAL AND CLINICS; LUCILE
PACKARD CHILDREN'S HOSPITAL
AT STANFORD