UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JR. HOSPITAL, ET AL.<br><br>Plaintiff(s),<br><br>v.<br><br>ADVANCED BIOLOGICAL LABORATORIES, S.A.<br><br>Defendant(s). | No. C 07 05415 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 6, 2007

Signature: _[signature]_

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")