1  KARL J. KRAMER (CA SBN 136433)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   KKramer@mofo.com
5

6  Attorneys for Plaintiffs
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY; STANFORD HOSPITAL AND
   CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT
8  STANFORD

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| 14  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD, | CASE NO. CV 07-05415 MMC |
|---|---|
| Plaintiffs, | **STIPULATION CONCURRING IN THE FILING OF STANFORD'S MOTION FOR ADMINSTRATIVE RELIEF AND [PROPOSED] ORDER** |
| v. | |
| ADVANCED BIOLOGICAL LABORATORIES, S.A., | |
| Defendant. | |

25    Pursuant to Civil L.R. 7-11, the parties to the above entitled action jointly submit this

26  Stipulation regarding Stanford's proposal to delay the Case Management Conference until

27  March 7, 2008, or longer depending on the Court's schedule and the [Proposed] Order.

28

STIPULATION CONCURRING IN THE FILING OF STANFORD'S MAR AND [PROPOSED] ORDER
Case No. CV 07-05415 MMC

1     Both Stanford and ABL believe that rescheduling the current Case Management Conference from February 1, 2008 to March 7, 2008 will enable the parties to further explore and potentially settle all issues involved in this litigation.

    Stanford and ABL have met in person and have had numerous discussions in order to resolve this litigation. Both parties agree that a one month extension would allow the parties to establish whether or not a settlement can be reached without requiring the Court's intervention.

    Accordingly, Stanford and ABL propose that the Case Management Conference be rescheduled to March 7, 2008 or as soon after as is convenient to the Court.

Dated: January 18, 2008

KARL J. KRAMER
KATHERINE NOLAN-STEVAUX
MORRISON & FOERSTER LLP

By: /s/Karl J. Kramer
    Karl J. Kramer
    Email: KKramer@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY; STANFORD
HOSPITAL AND CLINICS; LUCILE
PACKARD CHILDREN'S HOSPITAL
AT STANFORD

Dated: January 18, 2008

GOLDSTEIN, FAUCETT & PREBEG, LLP

By: /s/Alisa A. Lipski
    Alisa A. Lipski
    Email: alipski@gfiplaw.com

Attorneys for Defendant
ADVANCED BIOLOGICAL
LABORATORIES, S.A.

**ORDER**

The [proposed] order jointly proposed by the parties is hereby adopted and the Case Management Conference is rescheduled for March 7, 2008 at 10:30 a.m.

IT IS SO ORDERED.

DATED:_____

_____
Honorable Maxine M. Chesney
United States District Court Judge

**ATTESTATION**

I, Karl Kramer, am the ECF User whose ID and password are being used to file this Stipulation Concurring In The Filing Of Stanford's Motion For Administrative Relief And [PROPOSED] Order. In compliance with General Order 45 X.B., I hereby attest that Alisa A. Lipski concurred in this filing.

Dated: January 18, 2008

By:    /s/Karl J. Kramer
       Karl J. Kramer
       Email: KKramer@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD

pa-1221490