KARL J. KRAMER (CA SBN 136433)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KKramer@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BIOLOGICAL LABORATORIES, S.A.,<br><br>Defendant. | CASE NO. CV 07-05415 MMC<br><br>**ORDER GRANTING STANFORD'S MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Local Rule 7-11 of the U.S. District court for the Northern District of
2  California, Plaintiffs The Board Of Trustees of The Leland Stanford Junior University,
3  Stanford Hospital and Clinics; Lucile Packard Children's Hospital at Stanford (collectively
4  "Stanford") submit this Motion for Administrative Relief, requesting that the Court delay the
5  Case Management Conference currently scheduled for February 1, 2008, until March 7, 2008,
6  or later, pending the Court's schedule.

7  Although Stanford has not yet served Luxembourgish Defendant Advanced Biological
8  Laboratories, S.A. ("ABL") with the Complaint, ABL and its counsel have been in settlement
9  negotiations with Stanford and its counsel and believe that a settlement could soon be reached
10 without requiring the Court's intervention.  The parties have made substantial progress to date
11 and counsel for ABL concurs in Stanford's efforts to reschedule the Case Management
12 Conference.

Dated:  January 18, 2008

KARL J. KRAMER
KATHERINE NOLAN-STEVAUX
MORRISON & FOERSTER LLP


By:   /s/Karl J. Kramer
      Karl J. Kramer
      Email:  KKramer@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY; STANFORD
HOSPITAL AND CLINICS; LUCILE
PACKARD CHILDREN'S HOSPITAL
AT STANFORD

**ORDER**

Good Cause Appearing, and the parties having stipulated to the relief requested, (see Stipulation Concurring in the Filing of Stanford's Motion for Administrative Relief, filed January 18, 2008), the motion is hereby GRANTED.

Dated:  January 23, 2008

_____
Maxine M. Chesney
United States District Court Judge

STANFORD'S MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE CMC
Case No. CV 07-05415 MMC
pa-1220953

1