KARL J. KRAMER (CA SBN 136433)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KKramer@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY; STANFORD HOSPITAL AND
CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT
STANFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BIOLOGICAL LABORATORIES, S.A.,<br><br>Defendant. | CASE NO. CV 07-05415 MMC<br><br>**STIPULATION CONCURRING IN THE FILING OF STANFORD'S MOTION FOR ADMINSTRATIVE RELIEF AND** [PROPOSED] **ORDER** |

Pursuant to Civil L.R. 7-11, the parties to the above entitled action jointly submit this Stipulation regarding Stanford's proposal to delay the Case Management Conference until March 7, 2008, or longer depending on the Court's schedule and the [Proposed] Order.

STIPULATION CONCURRING IN THE FILING OF STANFORD'S MAR AND [PROPOSED] ORDER
Case No. CV 07-05415 MMC

1  Both Stanford and ABL believe that rescheduling the current Case Management
2  Conference from February 1, 2008 to March 7, 2008 will enable the parties to further explore
3  and potentially settle all issues involved in this litigation.
4  Stanford and ABL have met in person and have had numerous discussions in order to
5  resolve this litigation. Both parties agree that a one month extension would allow the parties to
6  establish whether or not a settlement can be reached without requiring the Court's intervention.
7  Accordingly, Stanford and ABL propose that the Case Management Conference be
8  rescheduled to March 7, 2008 or as soon after as is convenient to the Court.

Dated: January 18, 2008

KARL J. KRAMER
KATHERINE NOLAN-STEVAUX
MORRISON & FOERSTER LLP


By:  /s/Karl J. Kramer
     Karl J. Kramer
     Email: KKramer@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY; STANFORD
HOSPITAL AND CLINICS; LUCILE
PACKARD CHILDREN'S HOSPITAL
AT STANFORD


Dated: January 18, 2008

GOLDSTEIN, FAUCETT & PREBEG, LLP

By:  /s/Alisa A. Lipski
     Alisa A. Lipski
     Email: alipski@gfiplaw.com

Attorneys for Defendant
ADVANCED BIOLOGICAL
LABORATORIES, S.A.

## ORDER

The [proposed] order jointly proposed by the parties is hereby adopted and the Case Management Conference is rescheduled for March 7, 2008 at 10:30 a.m.

IT IS SO ORDERED.

DATED: January 23, 2008

_____
Honorable Maxine M. Chesney
United States District Court Judge