KARL J. KRAMER (CA SBN 136433)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KKramer@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY; STANFORD HOSPITAL AND
CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT
STANFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BIOLOGICAL LABORATORIES, S.A.,<br><br>Defendant. | CASE NO. CV 07-05415 MMC<br><br>**STANFORD'S MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Local Rule 7-11 of the U.S. District court for the Northern District of California, Plaintiffs The Board Of Trustees of The Leland Stanford Junior University, Stanford Hospital and Clinics; Lucile Packard Children's Hospital at Stanford (collectively "Stanford") submit this Motion for Administrative Relief, requesting that the Court delay the Case Management Conference currently scheduled for March 7, 2008, until April 11, 2008, or later, pending the Court's schedule.

Although Stanford has not yet served Luxembourgish Defendant Advanced Biological Laboratories, S.A. ("ABL") with the Complaint, ABL and its counsel have been in settlement negotiations with Stanford and its counsel and believe that a settlement could soon be reached without requiring the Court's intervention.  The parties have made substantial progress to date and counsel for ABL concurs in Stanford's efforts to reschedule the Case Management Conference.

Dated:  February 27, 2008

KARL J. KRAMER
KATHERINE NOLAN-STEVAUX
MORRISON & FOERSTER LLP


By:   /s/Katherine Nolan-Stevaux
      Katherine Nolan-Stevaux
      Email:  knolanstevaux@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY; STANFORD
HOSPITAL AND CLINICS; LUCILE
PACKARD CHILDREN'S HOSPITAL
AT STANFORD