1  KARL J. KRAMER (CA SBN 136433)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   KKramer@mofo.com
5

6  Attorneys for Plaintiffs
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY; STANFORD HOSPITAL AND
   CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT
8  STANFORD

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | THE BOARD OF TRUSTEES OF THE           | CASE NO. CV 07-05415 MMC
   | LELAND STANFORD JUNIOR UNIVERSITY,
15 | STANFORD HOSPITAL AND CLINICS;
   | LUCILE PACKARD CHILDREN'S HOSPITAL     | **STIPULATION CONCURRING IN
16 | AT STANFORD,                            | THE FILING OF STANFORD'S
                                             | MOTION FOR ADMINSTRATIVE
17 |            Plaintiffs,                  | RELIEF AND [PROPOSED]
                                             | ORDER**
18 |    v.

19 | ADVANCED BIOLOGICAL LABORATORIES,
   | S.A.,
20
   |            Defendant.
21

22

23

24

25        Pursuant to Civil L.R. 7-11, the parties to the above entitled action jointly submit this

26 Stipulation regarding Stanford's proposal to delay the Case Management Conference until

27 April 11, 2008, or longer depending on the Court's schedule and the [Proposed] Order.

28

STIPULATION CONCURRING IN THE FILING OF STANFORD'S MAR AND [PROPOSED] ORDER
Case No. CV 07-05415 MMC

1  Both Stanford and ABL believe that rescheduling the current Case Management Conference from March 7, 2008 to April 11, 2008 will enable the parties to further explore and potentially settle all issues involved in this litigation.

Stanford and ABL have met in person and have had numerous discussions in order to resolve this litigation. Both parties agree that an additional one month extension would allow the parties to establish whether or not a settlement can be reached without requiring the Court's intervention.

Accordingly, Stanford and ABL propose that the Case Management Conference be rescheduled to April 11, 2008 or as soon after as is convenient to the Court.

Dated:  February 27, 2008         KARL J. KRAMER
                                  KATHERINE NOLAN-STEVAUX
                                  MORRISON & FOERSTER LLP


                                  By:    /s/Katherine Nolan-Stevaux
                                         Katherine Nolan-Stevaux
                                         knolanstevaux@mofo.com

                                  Attorneys for Plaintiffs
                                  THE BOARD OF TRUSTEES OF
                                  THE LELAND STANFORD JUNIOR
                                  UNIVERSITY; STANFORD
                                  HOSPITAL AND CLINICS; LUCILE
                                  PACKARD CHILDREN'S HOSPITAL
                                  AT STANFORD


Dated:  February 27, 2008         GOLDSTEIN, FAUCETT & PREBEG, LLP

                                  By:    /s/Alisa A. Lipski
                                         Alisa A. Lipski
                                         Email: alipski@gfiplaw.com

                                  Attorneys for Defendant
                                  ADVANCED BIOLOGICAL
                                  LABORATORIES, S.A.

STIPULATION CONCURRING IN THE FILING OF STANFORD'S MAR AND [PROPOSED] ORDER
Case No. CV 07-05415 MMC

1

**ORDER**

The [proposed] order jointly proposed by the parties is hereby adopted and the Case Management Conference is rescheduled for April 11, 2008 at 10:30 a.m.

IT IS SO ORDERED.

DATED:_____

_____
Honorable Maxine M. Chesney
United States District Court Judge

**ATTESTATION**

I, Katherine Nolan-Stevaux, am the ECF User whose ID and password are being used to file this Stipulation Concurring In The Filing Of Stanford's Motion For Administrative Relief And [PROPOSED] Order. In compliance with General Order 45 X.B., I hereby attest that Alisa A. Lipski concurred in this filing.

Dated: February 27, 2008

By:  /s/Katherine Nolan-Stevaux
Katherine Nolan-Stevaux
knolanstevaux@mofo.com

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY; STANFORD
HOSPITAL AND CLINICS; LUCILE
PACKARD CHILDREN'S HOSPITAL
AT STANFORD

pa-1237398

STIPULATION CONCURRING IN THE FILING OF STANFORD'S MAR AND [PROPOSED] ORDER
Case No. CV 07-05415 MMC

3