| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | KATHERINE NOLAN-STEVAUX (CA SBN 244950) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| | THE BOARD OF TRUSTEES OF THE LELAND STANFORD |
| 7 | JUNIOR UNIVERSITY; STANFORD HOSPITAL AND |
| | CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT |
| 8 | STANFORD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| | THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, STANFORD HOSPITAL AND CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD, | CASE NO. CV 07-05415 MMC |
| | | **ORDER GRANTING STANFORD'S MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| | Plaintiffs, | |
| | v. | |
| | ADVANCED BIOLOGICAL LABORATORIES, S.A., | |
| | Defendant. | |

STANFORD'S MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE CMC
Case No. CV 07-05415 MMC
pa-1220953

1   Pursuant to Local Rule 7-11 of the U.S. District court for the Northern District of
2   California, Plaintiffs The Board Of Trustees of The Leland Stanford Junior University,
3   Stanford Hospital and Clinics; Lucile Packard Children's Hospital at Stanford (collectively
4   "Stanford") submit this Motion for Administrative Relief, requesting that the Court delay the
5   Case Management Conference currently scheduled for March 7, 2008, until April 11, 2008, or
6   later, pending the Court's schedule.

   Although Stanford has not yet served Luxembourgish Defendant Advanced Biological
   Laboratories, S.A. ("ABL") with the Complaint, ABL and its counsel have been in settlement
   negotiations with Stanford and its counsel and believe that a settlement could soon be reached
   without requiring the Court's intervention. The parties have made substantial progress to date
   and counsel for ABL concurs in Stanford's efforts to reschedule the Case Management
   Conference.

Dated:  February 27, 2008           KARL J. KRAMER
                                    KATHERINE NOLAN-STEVAUX
                                    MORRISON & FOERSTER LLP

                                    By:   /s/Katherine Nolan-Stevaux
                                          Katherine Nolan-Stevaux
                                          Email:  knolanstevaux@mofo.com

                                    Attorneys for Plaintiffs
                                    THE BOARD OF TRUSTEES OF
                                    THE LELAND STANFORD JUNIOR
                                    UNIVERSITY; STANFORD
                                    HOSPITAL AND CLINICS; LUCILE
                                    PACKARD CHILDREN'S HOSPITAL
                                    AT STANFORD

### ORDER

Good Cause Appearing, and the parties having stipulated to the relief requested, (see Stipulation Concurring in the Filing of Stanford's Motion for Administrative Relief, filed February 27, 2008), the motion is hereby GRANTED.

Dated:  February 28, 2008

_____
Maxine M. Chesney
United States District Judge

STANFORD'S MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE CMC
Case No. CV 07-05415 MMC
pa-1220953

1