1  KARL J. KRAMER (CA SBN 136433)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   KKramer@mofo.com
5

6  Attorneys for Plaintiffs
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY; STANFORD HOSPITAL AND
   CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL AT
8  STANFORD

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  THE BOARD OF TRUSTEES OF THE           CASE NO. CV 07-05415 MMC
    LELAND STANFORD JUNIOR UNIVERSITY,
15  STANFORD HOSPITAL AND CLINICS;         **STIPULATION OF DISMISSAL**
    LUCILE PACKARD CHILDREN'S HOSPITAL
16  AT STANFORD,

17                 Plaintiffs,

18        v.

19  ADVANCED BIOLOGICAL LABORATORIES,
    S.A.,
20
                   Defendant.
21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
CASE NO. CV 07-05425 MMC

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3    pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear their own costs.

4

5    Dated:  March 10, 2008              KARL J. KRAMER
                                         KATHERINE NOLAN-STEVAUX
6                                        MORRISON & FOERSTER LLP

7

8                                        By:   /s/ Karl J. Kramer
                                               Karl J. Kramer
9                                              Email: KKramer@mofo.com

10                                             Attorneys for Plaintiffs
                                               THE BOARD OF TRUSTEES OF
11                                             THE LELAND STANFORD JUNIOR
                                               UNIVERSITY; STANFORD
12                                             HOSPITAL AND CLINICS; LUCILE
                                               PACKARD CHILDREN'S HOSPITAL
13                                             AT STANFORD

14

15   Dated:  March 10, 2008              GOLDSTEIN, FAUCETT & PREBEG, LLP

16                                       By:   /s/Alisa A. Lipski
                                               Alisa A. Lipski
17                                             Email:  alipski@gfiplaw.com

18                                             Attorneys for Defendant
                                               ADVANCED BIOLOGICAL
19                                             LABORATORIES, S.A.

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
CASE NO. CV 07-05425 MMC                                                        1
pa-1239995

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this Stipulation of Dismissal.  In compliance with General Order 45 X.B., I hereby attest that Alisa A. Lipski concurred in this filing.

Dated:  March 10, 2008

By:    /s/Karl J. Kramer
        Karl J. Kramer
        KKramer@mofo.com

        Attorneys for Plaintiffs
        THE BOARD OF TRUSTEES OF
        THE LELAND STANFORD JUNIOR
        UNIVERSITY; STANFORD
        HOSPITAL AND CLINICS; LUCILE
        PACKARD CHILDREN'S HOSPITAL
        AT STANFORD